No. 11–6129. LANE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 11–6633. BRADLEY *v.* BARROW, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–6637. CAMPBELL *v.* CITY OF DETROIT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–6638. DEGRATE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6640. DECASTRO *v.* BRANKER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–6646. OUBICHON *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6649. TUNG *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–6656. BROWN *v.* HILL ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6658. BIGIONI *v.* PENNSYLVANIA OFFICE OF OPEN RECORDS. Commw. Ct. Pa. Certiorari denied.

No. 11–6664. COOK *v.* CHASE BANK ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–6666. EZELL *v.* CHRONES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6667. CORTEZ CLARK *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 11–6669. CRAWFORD *v.* WOODS, WARDEN. C. A. 6th Cir. Certiorari denied.

